

THE CITY OF NEW YORK

# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**ZACHARY W. CARTER**
*Corporation Counsel*

**SUVARNA SAMPALE**
*Senior Counsel*
phone: (212) 356-2332
fax: (212) 356-3509
ssampale@law.nyc.gov

January 19, 2016

<u>BY E.C.F.</u>
Honorable Ramon E. Reyes, Jr.
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

Re:  <u>Elise Bookman v. City of New York *et al.*</u>,
15 CV 03448 (WFK)(RER)

Your Honor:

I am a Senior Counsel in the office of Zachary W. Carter, Corporation Counsel of the City of New York, attorney for defendant City of New York in the above-referenced matter. Defendant writes to respectfully request that the Court stay discovery in abeyance pending the outcome of Defendant's anticipated motion to dismiss. Earlier today, Defendant submitted a letter to the Honorable Judge Kuntz, II requesting a pre-motion conference to discuss its intention to file a motion to dismiss the Complaint pursuant to Fed. R. Civ. P. 12(c).  (Docket Entry No. 15).  This motion is fully dispositive as to Plaintiff's claims against the City of New York, the only named defendant in this matter.  Accordingly, Defendant respectfully requests that the Court stay discovery this matter pending the outcome of Defendant's motion.  Defendant City thanks the Court for its time and consideration of this request.

Respectfully submitted,

/s/

Suvarna Sampale
*Senior Counsel*
Special Federal Litigation Division

cc:      **<u>BY E.C.F.</u>**
        **Ryan Joseph Lawlor**
        Law Office of Michael S. Lamonsoff, PLLC
        80 Maiden Lane
        12th Floor
        New York, NY 10038
        212-962-1020
        Fax: 646-781-3187
        Email: rlawlor@msllegal.com